Case Name: PEPPERS, GERALD L.
        AKA PEPPERS, JERRY L.
Case No:    08-70935

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 10/14/08                      WILLIAM T. NEARY
                                      United States Trustee, Region 11


                        BY:   */s/ Carole J. Ryczek*
                              CAROLE J. RYCZEK
                              Attorney for the U.S. Trustee