UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                    )      CHAPTER 7
                                          )
GERALD L. PEPPERS,                        )      CASE NO. 08-70935
                                          )
          Debtor.                         )

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO:  THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

     Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

     All checks have been cashed. Evidence of all cancelled checks are attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

     The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

                                      TRUSTEE, STEPHEN G. BALSLEY

### CERTIFICATION OF REVIEW

     The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: _____1/28/09_____

                    WILLIAM T. NEARY
                    United States Trustee

     By: _____

              James C Dreier           ,
              Paralegal Specialist

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
** BALSLEY & VAN EVERA**
6833 Statler Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 01, 2008 through November 28, 2008
Primary Account: **000312192943865**

### CUSTOMER SERVICE INFORMATION

Service Center:          **1-800-634-5273**

00015928 DBI 802 24 33608 - NNNNN  1  000000000  60 0000
08-70935 PEPPERS GERALD L
DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| Bankruptcy Business Checking 000312192943866 | 0.00 | 0.00 |
| Total | $0.00 | $0.00 |
| Savings | | |
| Bankruptcy Business Money Market 000312192943865 | $15,001.82 | $0.00 |
| Total | $15,001.82 | $0.00 |
| | | |
| TOTAL ASSETS | $15,001.82 | $0.00 |

**All Summary Balances** shown are as of November 28, 2008 unless otherwise stated.   For details of your retirement
accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information
for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its
completeness or accuracy.



EXHIBIT

B

**JPMorganChase** 〇

November 01, 2008 through November 28, 2008
Primary Account: **000312192943865**



## BANKRUPTCY BUSINESS MONEY MARKET

08-70935 PEPPERS GERALD L                              Account Number: 000312192943865

DEBTOR

## SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$15,001.82** |
| Deposits and Additions | 1 | 0.68 |
| Electronic Withdrawals | 1 | - 15,002.50 |
| **Ending Balance** | **2** | **$0.00** |
| Interest Paid This Period |  | $0.68 |
| Interest Paid Year-to-Date |  | $2.50 |

This account earns interest daily and the current interest rate is 0.10%.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/17 | Mma Cirf Closeout | $0.68 |
| **Total Deposits and Additions** |  | **$0.68** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/17 | Miscellaneous Debit | $15,002.50 |
| **Total Electronic Withdrawals** |  | **$15,002.50** |

12/9/04

M

**JPMorganChase**

November 01, 2008 through November 28, 2008
Primary Account: **000312192943865**

## BANKRUPTCY BUSINESS CHECKING

08-70935 PEPPERS GERALD L                      Account Number: 000312192943866
DEBTOR

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 1 | 15,002.50 |
| Checks Paid | 13 | - 15,002.50 |
| **Ending Balance** | **14** | **$0.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/17 | Miscellaneous Credit | $15,002.50 |
| **Total Deposits and Additions** | | **$15,002.50** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 101 | 11/19 | $1,786.00 | 108 | 11/25 | 511.47 |
| 102 | 11/19 | 36.00 | 109 | 11/25 | 168.16 |
| 103 | 11/19 | 2,250.03 | 110 | 11/24 | 1,245.98 |
| 104 | 11/24 | 188.62 | 111 | 11/25 | 960.08 |
| 105 | 11/24 | 177.76 | 112 | 11/25 | 1,573.88 |
| 106 | 11/24 | 1,492.66 | 113 | 11/25 | 451.32 |
| 107 | 11/24 | 4,160.54 | | | |
| | | | **Total Checks Paid** | | **$15,002.50** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/17 | $15,002.50 |
| 11/19 | 10,930.47 |
| 11/24 | 3,664.91 |
| 11/25 | 0.00 |